UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23967-CIV-ALTONAGA/O'Sullivan

**SHAWNIELL HARRELL**, *et al.*,

    Plaintiffs,
vs.

**AQUA VISTA TOWNHOMES
CONDOMINIUM ASSOCIATION, INC.**,

    Defendant.
_____/

## ORDER ON MEDIATION RESULTS

**THIS CAUSE** came before the Court *sua sponte*. On May 15, 2014, the Court entered an order rescheduling mediation before Karen Evans on June 5, 2014 [ECF No. 39]. Pursuant to the Order, the parties had seven days after mediation to submit a mediation report. To date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **June 17, 2014**, the parties shall submit either a mediation report indicating the results of the June 5 mediation conference or a proposed order rescheduling mediation, if the mediation conference was cancelled.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of June, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record